Below is a judgment of the court. If the judgment is for money, the applicable judgment interest rate is: As noted in the Judgment below.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Sean Perry Clark and Lisa Marie Clark,<br><br>Debtors. | Case No. 19-33355-tmb13 |
| Sean Perry Clark and Lisa Marie Clark,<br><br>Plaintiffs,<br><br>v.<br><br>InRoads Credit Union,<br><br>Defendant. | Adversary Proceeding<br>Case No. 19-03131-tmb<br><br>STIPULATED JUDGMENT OF NON-DISCHARGEABILITY OF DEBT IN FAVOR OF INROADS CREDIT UNION |

Based on the settlement between the parties as evidenced by the Stipulation endorsed hereon; it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. The advance obtained by Plaintiffs on July 2, 2019 in the amount of $4,320.00 (the "Advance") pursuant to the VISA account agreement (the "Contract") from the Defendant is hereby declared nondischargeable under 11 U.S.C. § 523(a)(2)(C)(i)(II).

Page 1 of 2 - STIPULATED JUDGMENT OF NON-DISCHARGEABILITY OF DEBT IN FAVOR OF INROADS CREDIT UNION
P:\DOCS\INROAD\70388\PLDG\3V82546.DOCX

Case 19-03131-tmb    Doc 2    Filed 12/06/19

2. Plaintiffs shall pay the Advance by making monthly payments of $150.00 per month on the first day of each month starting one (1) month after entry of the discharge order, and continuing each month thereafter until paid in full. The Advance shall not accrue interest until the Plaintiffs' bankruptcy case referenced above (the "Main Case") is discharged ("Discharge Date"). In the event Plaintiffs fail to make payments as agreed, all interest from the date of the Advance will be due and owing. After discharge the Advance will accrue interest at the contract rate of 8.99%.

3. Defendant shall not add attorney fees incurred in this case prior to discharge to the Advance. After the Discharge Date, the parties' Contract terms shall remain in full force and effect, including but not limited to, the addition of attorney fees incurred by the Defendant before and after discharge.

4. This Judgment shall be enforceable and shall survive any conversion of the Main Case to another chapter under Title 11 of the U.S. Code or any dismissal of the Main Case. If the Main Case is dismissed, Defendant shall retain all legal rights and remedies under its Contract with Plaintiffs.

# # #

**IT IS SO STIPULATED:**

| HACKETT LAW FIRM, LLC | FARLEIGH WADA WITT |
|---|---|
| By: /s/ Rosemary E. Zook  Rosemary E. Zook, OSB #084188  rzook@hhlawsite.com  Attorneys for Plaintiffs | By:/s/ Michelle M. Bertolino  Michelle M. Bertolino, OSB #912130  mbertolino@fwwlaw.com  Attorneys for Defendant |

**PRESENTED BY:**

HACKETT LAW FIRM, LLC

By: /s/ Rosemary E. Zook
   Rosemary E. Zook, OSB #084188
   rzook@hhlawsite.com
   Attorneys for Plaintiffs

Page 2 of 2 -   STIPULATED JUDGMENT OF NON-DISCHARGEABILITY OF DEBT IN FAVOR OF INROADS CREDIT UNION
P:\DOCS\INROAD\70388\PLDG\3V82546.DOCX

Case 19-03131-tmb    Doc 2    Filed 12/06/19